UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PUGA, | ) Case No. CV 08-3060-GAF(RC) |
| Petitioner, | ) |
| vs. | ) ORDER ADOPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| A. HEDGPETH, | ) MAGISTRATE JUDGE AND ORDER DENYING |
| | ) CERTIFICATE OF APPEALABILITY |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

//

1   This Court finds an appeal would not be taken in good faith,
2   and that petitioner has not made a substantial showing that he has
3   been denied a constitutional right, for the reasons set forth in the
4   Report and Recommendation; accordingly, a certificate of
5   appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed.
6   R. App. P. 22(b).  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct.
7   1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d
8   895, 900 (9th Cir. 2000).

10      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11  Order and the Magistrate Judge's Report and Recommendation by the
12  United States mail on petitioner.

14  DATED: September 1, 2010

                                        _____
                                              GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE

17  R&Rs\08-0895.ado2
    8/23/10

2