UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS PUGA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | ) Case No. CV 08-3060-GAF(RC)<br>)<br>)<br>)   JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: September 1, 2010

　　　　　　　　　　　　　　　　　　／s／ Gary Feess
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\08-3060.jud
7/27/10